■ SALVATORE CIMILLUCA, Individually and as Guardian ad Litem of PATRICIA CIMILLUCA and Others, Infants, et al., Appellants, v. LEONARD GARRAFFA et al., Respondents.— In an action to recover damages for injuries to person and property resulting from two successive rear-end collisions involving three automobiles, the accident having occurred while plaintiff's automobile was stopped at a red traffic signal, the plaintiffs appeal from a judgment of the Supreme Court, Suffolk County, rendered June 23, 1959, after a jury trial,

dismissing their complaint and awarding costs to defendants against them. Judgment affirmed, without costs. No opinion. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.